```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  Mag. No. 2:12-mj-00306 DAD
                                 )
12              Plaintiff,       )  STIPULATION AND [PROPOSED]
                                 )  ORDER CONTINUING
13         v.                    )  PRELIMINARY HEARING AND
                                 )  EXCLUDING TIME
14  BROOKE BRUNING,              )
                                 )
15              Defendant.       )
    _____)
16

17       IT IS HEREBY STIPULATED by and between Assistant United States

18  Attorney Jason Hitt, counsel for the plaintiff United States of

19  America, and defendant Brooke BRUNING, by and through his counsel

20  Tim Pori, Esq., that good cause exists to extend the preliminary

21  hearing currently set for March 29, 2013, at 2:00 p.m. to April 29,

22  2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

23       Good cause exists to extend the time for the preliminary

24  hearing within meaning of Rule 5.1(d) because the defendant has been

25  provided initial discovery, including surveillance evidence from the

26  drug purchases alleged in the Criminal Complaint.  In addition, the

27  defendant recently successfully completed the Effort drug treatment

28  program.  She has had no reported violations while at the Effort.
```

1  The parties believe any unnecessary court appearances should be
2  avoided in order to avoid disruption of her successful treatment and
3  efforts to find a job while on pretrial release.  Moreover, the
4  parties have engaged in productive discussions about a possible pre-
5  indictment resolution that would consolidate the current Criminal
6  Complaint.  A pre-indictment resolution could benefit the defendant
7  by significantly reducing her possible sentencing exposure in this
8  case.  For these reasons, the defendant agrees that a continuance of
9  the preliminary hearing date will not prejudice her.

     The parties further stipulate that the ends of justice are served by the Court excluding time from March 29, 2013, to April 29, 2013, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defense counsel and the defendant agree that they need additional time to review the discovery and engage in discussions with the government regarding resolution of the case, effectively evaluate the posture of the case, and conduct further investigation into mitigation of the defendant's federal sentencing exposure.  <u>Id.</u> For these reasons, the defendant, defense counsel, and the

///
///
///
///
///
///
///

government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

DATED: March 28, 2013        /s/Jason Hitt
                             JASON HITT
                             Assistant U.S. Attorney

DATED: March 28, 2013        /s/Jason Hitt for Mr. Pori
                             TIM PORI, ESQ.
                             Counsel for defendant
                             Brooke BRUNING
                             Authorized to sign for Mr.
                             Beevers on 03-28-13

1 | O R D E R
2 | Based upon the representations by counsel and the stipulation
3 | of the parties, **IT IS HEREBY ORDERED** that:
4 | 1. The Court finds good cause to extend the Preliminary
5 | Hearing in <u>United States v. Bruning</u>, Case No. 2:12-mj-00306 DAD,
6 | from March 29, 2013, to April 29, 2013, at 2:00 p.m. pursuant to
7 | Federal Rule of Criminal Procedure 5.1(d); and
8 | 2. Based upon the representations and stipulation of the
9 | parties, the court finds that the time exclusion under 18 U.S.C.
10 | 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of
11 | justice outweigh the best interest of the public and the defendant
12 | in a speedy trial based upon the factors set forth in 18 U.S.C.
13 | § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act
14 | shall be excluded from March 29, 2013, up to and including April 29,
15 | 2013.
16 | **IT IS SO ORDERED.**
17 | DATE: March 28, 2013.

*[signature: Allison Claire]*

UNITED STATES MAGISTRATE JUDGE