**Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004

Attorney for Defendant BROOKE BRUNING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 2:12-mj-00306 DAD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| BROOKE BRUNING, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Brooke BRUNING, by and through his counsel Tim Pori, Esq., that good cause exists to extend the preliminary hearing currently set for April 29, 2013, at 2:00 p.m. to May 31, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the defendant has been provided initial discovery, including surveillance evidence from the drug purchases alleged in the Criminal Complaint. In addition, the defendant was released to the Effort for 90 days and is currently in treatment and hoping to complete it successfully. The parties believe any unnecessary court appearances should be avoided in order

1

to permit the defendant to gain the full advantage of drug treatment and avoid disruption of her treatment.  Moreover, the parties have engaged in initial discussions about a possible pre-indictment resolution that would consolidate the current Criminal Complaint.  A pre-indictment resolution could benefit the defendant by significantly reducing her possible sentencing exposure in this case.  For these reasons, the defendant agrees that a continuance of the preliminary hearing date will not prejudice her.

The parties further stipulate that the ends of justice are served by the Court excluding time from April 29, 2013, to May 31, 2013, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs additional time to review the discovery and engage in discussions with the government regarding resolution of the case against this defendant, effectively evaluate the posture of the case, and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case and the forthcoming petition for violations of supervised release.  Id.  For these reasons, the defendant, defense counsel, and the government stipulate and agree

///
///
///
///
///
///

that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: April 26, 2013          /s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant Bruning

DATED: April 26, 2013          /s/Jason Hitt(Authorized4/26/13)
JASON HITT
Assistant U.S. Attorney

| | |
|---|---|
| 1 | O R D E R |
| 2 | Based upon the representations by counsel and the stipulation |
| 3 | of the parties, **IT IS HEREBY ORDERED** that: |
| 4 | 1. The Court finds good cause to extend the Preliminary |
| 5 | Hearing in <u>United States v. Bruning</u>, Case No. 2:12-mj-00306 DAD, |
| 6 | from April 29, 2013, to May 31, 2013, at 2:00 p.m. pursuant to |
| 7 | Federal Rule of Criminal Procedure 5.1(d); and |
| 8 | 2. Based upon the representations and stipulation of the |
| 9 | parties, the court finds that the time exclusion under 18 U.S.C. |
| 10 | 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of |
| 11 | justice outweigh the best interest of the public and the defendant |
| 12 | in a speedy trial based upon the factors set forth in 18 U.S.C. |
| 13 | § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act |
| 14 | shall be excluded from April 29, 2013, up to and including May 31, |
| 15 | 2013. |
| 16 | **IT IS SO ORDERED.** |

Dated: April 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE